KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendant J. Frisk*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEREMY PINSON, et al.,** | C 13-5502 VC (PR) |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **J. PRELIP, et al.,** | |
| Defendants. | |

TO PLAINTIFFS JEREMY PINSON AND MIKEAL STINE, PRO SE:

PLEASE TAKE NOTICE that Defendant J. Frisk moves under Northern District Local Rules 6-3 and 7-11 for an extension of sixty (60) days to file a motion for summary judgment or other dispositive motion, up to and including Monday, October 27, 2014.

As explained more fully in counsel's accompanying declaration, this extension will give counsel, who was recently assigned to this case, sufficient time to obtain additional documents, review and analyze Plaintiffs' file and legal claims, interview and obtain declarations from prison staff familiar with facts related to Plaintiffs' claims, and complete written discovery.

///

///

1

1 | Counsel anticipates filing a dispositive motion after further analyzing Plaintiffs' prison file
2 | and consulting with Defendant and other prison staff.

3

4 | Dated: August 15, 2014      Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General

*s/ Michael J. Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendant J. Frisk*

SF2014408158
41049682.doc

2

Not. Mot. to Extend Time to File Dispositive Motion (C 13-5502 VC (PR))