UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, et al.,<br>          Plaintiffs,<br>    v.<br>J. FRISK,<br>          Defendant. | Case No. 13-cv-05502-VC<br><br>**ORDER DIRECTING CLERK TO STRIKE DOCKET NUMBER 63**<br><br>Re: Dkt. No. 63 |

On September 4, 2014, the Clerk of the Court entered docket number 63 in error. The Clerk of the Court is ordered to strike docket number 63.

**IT IS SO ORDERED.**

Dated: September 18, 2014

_____
VINCE CHHABRIA
United States District Judge