UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>J. FRISK,<br><br>        Defendant. | Case No. 13-cv-05502-VC<br><br>**ORDER DENYING EMERGENCY MOTION FOR VIDEO CONFERENCE**<br><br>Re: Dkt. No. 70 |

Plaintiffs Jeremy Pinson and Mikeal Stine, inmates at the United States Penitentiary in Florence, Colorado, filed a civil rights action pursuant to 42 U.S.C. § 1983 alleging the violation of their constitutional rights by employees at Pelican Bay State Prison in California. Defendant J. Frisk is the only defendant in this action. On September 18, 2014, the Court issued an order directing Frisk to file a brief, pursuant to 28 U.S.C. § 1915(g), addressing whether plaintiffs are precluded from proceeding in forma pauperis and, if so, whether the case should be dismissed. The Court stayed all pending motions until the § 1915(g) issue is decided.

On September 29, 2014, plaintiffs filed an "emergency motion for a tele-video status conference necessary to protect status quo of case." Although it is difficult to determine why plaintiffs are requesting this conference, they seem to be inferring that prison staff are confiscating their legal materials so that they are prevented from "meaningful discovery."

Because all motions in this case have been stayed until the § 1915 issue is decided, there is no reason for Plaintiffs to have discovery at this point. If, after the § 1915 issue is decided and this case is not dismissed, the Court will then address discovery issues.

1   Based on the foregoing, the motion for an emergency conference is denied.

2   **IT IS SO ORDERED.**

3   Dated: October 6, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>J. FRISK,<br><br>　　　　　Defendant. | Case No.  13-cv-05502-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 10/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeremy Pinson ID: 16267-064
U.S. Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

Mikeal Stine ID: 55436-098
U.S. Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

Dated: 10/6/2014

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

3