UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, et al., <br>         Plaintiffs, <br>     v. <br> J. FRISK, <br>         Defendant. | Case No. 13-cv-05502-VC <br><br> **JUDGMENT** |

For the reasons stated in the Order Revoking Plaintiffs' In Forma Pauperis Status and Dismissing Complaint, this case is DISMISSED without prejudice to each plaintiff filing a separate complaint with the full filing fee.  Judgment is entered accordingly.  The parties shall bear their own costs of suit.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 20, 2015

                                                                                                       VINCE CHHABRIA <br>
                                                                                                        United States District Judge